UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICKEY SOCRATES FERDYNAND,

    Plaintiff,

v.

CUSTOM AND BORDER PROTECTION,

    Defendant.

_____/

Case No. 23-10770

Honorable Nancy G. Edmunds

**ORDER OF DISMISSAL**

On April 4, 2023, Plaintiff Dr. Mickey Socrates Ferdynand filed his pro se complaint against "Custom and Border Protection" in this Court. (ECF No. 1.) But Plaintiff failed to pay the filing fee or file an application seeking in forma pauperis standing at the time. On April 11, 2023, the Court issued an order requiring Plaintiff to do one or the other within ten days of the date of that order. (ECF No. 4.) Plaintiff was put on notice that failure to timely comply with the Court's order would result in the dismissal of this case.

To date, Plaintiff has not complied with the Court's order. Accordingly, Plaintiff's complaint is DISMISSED without prejudice.

SO ORDERED.

                        s/Nancy G. Edmunds
                        Nancy G. Edmunds
                        United States District Judge

Dated: May 1, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 1, 2023, by electronic and/or ordinary mail.

                        s/Lisa Bartlett
                        Case Manager